IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HARPER TRUCKS INC., | )<br>) |
| *Plaintiff*, | )<br>) C.A. No. 3:22-00566-DRL-MGG<br>) |
| v. | ) JUDGE DAMON R. LEICHTY<br>) |
| GLEASON INDUSTRIAL PRODUCTS, INC., | )<br>) |
| *Defendant*. | )<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Harper Trucks Inc. and Defendant Gleason Industrial Products, Inc. hereby stipulate and jointly move this Court for an order dismissing the present action with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: April 7, 2023

/s/ Patrick J. O'Rear
Timothy M. Curran (24463-71)
Patrick J. O'Rear (36270-71)
SOUTHBANK LEGAL
100 E. Wayne Street, Suite 300
South Bend, Indiana 46601
Telephone: (574) 968.0760
Facsimile: (574) 968.0761
tcurran@southbank.legal
porear@southbank.legal

Donald L. Jackson (*pro hac vice*)
Peter W. Gowdey (*pro hac vice*)
DAVIDSON BERQUIST JACKSON &
GOWDEY, LLP
8300 Greensboro Dr., Suite 500
McLean, Virginia 22102

Respectfully submitted,

/s/ Andrea M. Augustine
Andrea M. Augustine (*pro hac vice*)
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6771
amaugustine@duanemorris.com

Mark C. Comtois (*pro hac vice*)
DUANE MORRIS LLP
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-5240
mccomtois@duanemorris.com

Anne A. Gruner (*pro hac vice*)
DUANE MORRIS LLP

Telephone: (571) 765-7700
Facsimile: (571) 765-7200
djackson@dbjg.com
pgowdey@dbjg.com

*Attorneys for Plaintiff Harper Trucks Inc.*

30 South 17th Street
Philadelphia, Pennsylvania 19103-4196
Telephone: (215) 979-1165
aagruner@duanemorris.com

James M. Lewis (15784-71)
Michael J. Hays (23606-71)
THK Law, LLP
212 E. LaSalle Ave., Suite 100
South Bend, Indiana 46617
jlewis@thklaw.com
mhays@thklaw.com

*Attorneys for Defendant Gleason Industrial Products, Inc.*